THE ARMSTRONG MANUFACTURING COMPANY, Appellant, *v.* FRANCIS J. C. FERRIS, Respondent.

This case was argued and decided with *New Haven Web Co.* v. *Ferris* (*ante*, p. 364).

---

THE PEOPLE ex rel. LOUIS ULLRICH, Appellant, *v.* JAMES D. BELL, as Police Commissioner, etc., of the City of Brooklyn, Respondent.

(Argued January 12, 1891; decided January 27, 1891.)

APPEAL from order of the General Term of the City Court of Brooklyn, made April 25, 1889, which affirmed an order of the Police Commissioner of said city, removing the relator from the police force thereof.

*E. Countryman* for appellant.

*F. A. McCloskey* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

FRANCIS J. C. FERRIS, Respondent, *v.* THE NEW HAVEN WEB COMPANY, Appellant.

SAME, Respondent, *v.* THE ARMSTRONG MANUFACTURING COMPANY, Appellant.

(Argued January 12, 1891; decided January 27, 1891.)

APPEALS from judgments of the General Term of the Supreme Court in the second judicial department, entered upon orders made May 12, 1890, which affirmed judgments in favor of plaintiff, sustaining a demurrer to defendant's counter-claims.

*Franklin Bien* for appellant.

*Daniel S. Remsen* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.